ALFRED G. JOHNSON, SBN 38790
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
Dale Gibson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE GIBSON,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendants.           / | Case No. C 09 1035EDL<br><br>**PLAINTIFF'S REQUEST FOR A CASE MANGEMENT CONTINUENCE AND ~~PROPOSED~~ ORDER AS MODIFIED**<br>Date:   June 16, 2009<br>Time:   10:00 a.m.<br>Judge:  Elizabeth LaPorte |

Plaintiff, Dale Gibson, by and through his attorneys request that the currently set case management conference set for June 16, 2009 at 10:00 a.m. before the Honorable Elizabeth D. Laporte be continued to July 28, 2009 at 10:00 a.m.

Good cause exists for this continuance because the case is not yet at issue. The sole defendant, the United States of America has not answered plaintiff's Complaint and is not scheduled to file its Answer until June 22, 2009, which is after the presently set Case Management Conference.

Dated: June 9, 2009                                    LAW OFFICES OF LYLE C. CAVIN, JR.


                                                       By:  _____/s/_____
                                                            Christopher W. Goodroe
                                                            Attorneys for Plaintiff
                                                            Dale Gibson

1
Plaintiff's Request For A Case Management Continuance (Case No.: C 09 01035 EDL)

## [~~PROPOSEED~~] ORDER

As this case is not yet at issue good cause exists to reset the present Case Management Conference.  The new conference date will occur on ~~July 28, 2009~~ August 4, 2009 at 10:00 a.m.  Case Management Statement shall be filed no later than July 28, 2009.

DATED:  June 10, 2009                                    _____
                                        MAGISTRATE  JUDGE OF THE FEDERAL COURT



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte