CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
DALE GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE GIBSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. C09-1035 MMC

ORDER APPROVING

**STIPULATION** ~~**AND *[PROPOSED]* ORDER**~~ **TO EXTEND THE MEDIATION DEADLINE**

Plaintiff, DALE GIBSON, and Defendant, UNITED STATES OF AMERICA, hereby stipulate to extend the deadline to mediate this matter. Currently the mediation deadline is April 16, 2010. The parties have agreed to move the mediation deadline 90 days to July 16, 2010.

Good cause for this extension exists due to the fact that this is a Jones Act personal injury case where both the witnesses and the plaintiff have been at sea for extended amounts of time. Up until recently it was unknown as to when plaintiff was to return. Additionally the vessel where the injury occurred is also away.

1
Stipulation and (*Proposed*) Order to Extend the Mediation Deadline, C09-1035 MMC

Both parties are confident that this extension will be all that is required in order to prepare for a meaningful mediation. Assigned mediator, Mark Penskar has been informed of this request and agrees for the need of a 90-day extension. The parties do not anticipate a need to change any previously set deadlines.

Dated: January 25, 2010					LAW OFFICES OF LYLE C. CAVIN, JR.


							By: _____/s/_____
								Christopher W. Goodroe
								Attorneys for Plaintiff
								Dale Gibson

Dated: January 25, 2010					UNITED STATES OF AMERICA

							By: _____/s/_____
								R. Scott Blaze
								Attorney for Defendant
								United States of America

**ORDER OF THE COURT**

GOOD CAUSE having been shown, the mediation deadline in this case is to be extended 90-days. The new deadline to mediate this mater is now **July 16, 2010.**

Dated: February 2, 2010

_____
MAXINE M. CHESNEY
FEDERAL DISTRICT COURT JUDGE

Stipulation and (*Proposed*) Order to Extend the Mediation Deadline, C09-1035 MMC