CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
DALE GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE GIBSON, | Case No.  C09-1035 MMC |
| Plaintiff, | ORDER APPROVING |
| v. | **STIPULATION** ~~**AND *[PROPOSED]***~~ ~~**ORDER**~~ **TO EXTEND THE MEDIATION DEADLINE** |
| UNITED STATES OF AMERICA, | |
| Defendants.         / | |

Plaintiff, DALE GIBSON, and Defendant, UNITED STATES OF AMERICA, hereby stipulate to extend the deadline to mediate this matter.  Currently the mediation deadline is April 16, 2010.  The parties have agreed to move the mediation deadline 90 days to July 16, 2010.

Good cause for this extension exists due to the fact that this is a Jones Act personal injury case where both the witnesses and the plaintiff have been at sea for extended amounts of time.  Up until recently it was unknown as to when plaintiff was to return.  Additionally the vessel where the injury occurred is also away.

Both parties are confident that this extension will be all that is required in order to prepare for a meaningful mediation. Assigned mediator, Mark Penskar has been informed of this request and agrees for the need of a 90-day extension. The parties do not anticipate a need to change any previously set deadlines.

Dated: January 25, 2010              LAW OFFICES OF LYLE C. CAVIN, JR.


                                     By: _____/s/_____
                                          Christopher W. Goodroe
                                          Attorneys for Plaintiff
                                          Dale Gibson

Dated: January 25, 2010              UNITED STATES OF AMERICA

                                     By: _____/s/_____
                                          R. Scott Blaze
                                          Attorney for Defendant
                                          United States of America

2
Stipulation and (*Proposed*) Order to Extend the Mediation Deadline, C09-1035 MMC

**ORDER OF THE COURT**

GOOD CAUSE having been shown, the mediation deadline in this case is to be extended 90-days. The new deadline to mediate this mater is now **July 16, 2010.**

Dated: __February 2, 2010__

_____
MAXINE M. CHESNEY
FEDERAL DISTRICT COURT JUDGE