LYLE C. Cavin, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209


Attorneys for Plaintiff
DALE GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE GIBSON,                          Case No.  C09-1035 MMC

          Plaintiff,

     v.                          **STIPULATION AND [PROPOSED]
                                 ORDER TO EXTEND THE TRIAL DATE
                                 AND MEDIATION DEADLINE**; ORDER
UNITED STATES OF AMERICA,         EXTENDING MEDIATION DEADLINE


_____Defendants._____


     Plaintiff, DALE GIBSON, and Defendant, UNITED STATES OF

AMERICA, hereby stipulate to extend the trial date and deadline

1

to mediate this matter.  Currently the trial is set for November 1, 2010, and mediation deadline is July 16, 2010.  The parties have stipulated to move the trial date out 90 days to February 1, 2011, and move the mediation deadline 90 days to October 16, 2010.

Good cause for this extension exists due to the fact that this is a Jones Act personal injury case where both the witnesses and the plaintiff have been at sea for extended amounts of time.  Up until recently it was unknown as to when plaintiff was to return.  Additionally the vessel, the S.S. CAPE JACOB, where the injury occurred is permanently stationed in the far east at various ports.

Although bother parties have worked together to complete discovery the main issue is in attempting to locate shipboard witnesses at the time of the incident.  To date plaintiff's deposition has been completed as well as significant written discovery.  However, both parties have been unable to locate the crewmembers that were aboard the S.S. CAPE JACOB when plaintiff sustained his injury.

Additionally, plaintiff has been informed that the S.S. CAPE JACOB is an active duty military contracted vessel, and as such, plaintiff is not permitted to board and inspect the cargo

Stipulation And [Proposed] Order to Extend the Trial Date and Mediation Deadline
Case No. C09-1035 MMC)

holds where the injury occurred.  The cargo holds contain ammunition and are off-limits.  Subsequently plaintiff and defendant have been attempting to secure a "sister ship" of the S.S. CAPE JACOB in question in order to conduct an examination of "a like" cargo hold.  These attempts thus far have been unsuccessful.

Despite the above issues both parties feel that this requested extension will be necessary so that a meaningful mediation can take place.  The parties have agreed to participate in private mediation, and a private mediator has been selected.  Currently the mediation deadline is set for July 16, 2010, however without depositions of crewmembers who were aboard the CAPE JACOB at the time of injury mediation before July 16 will not be fruitful.  It is anticipated that these depositions will identify the cargo hold configuration, including descriptions of the ladder from which plaintiff fell.

Court assigned mediator, Mark Penskar, has been contracted and agrees with extending the mediation date as well as allowing the parties to engage in private mediation.

///

///

///

Stipulation And [Proposed] Order to Extend the Trial Date and Mediation Deadline
Case No. C09-1035 MMC)

Dated:  July 6, 2010              LAW OFFICES OF LYLE C. CAVIN, JR.


                                  By: _____/s/_____
                                      Christopher W. Goodroe

                                      Attorneys for Plaintiff

                                      Dale Gibson


Dated:  July 6, 2010              UNITED STATES OF AMERICA


                                  By: _____/s/_____
                                      R. Scott Blaze

                                      Attorney for Defendant

                                      United States of America

4

Stipulation And [Proposed] Order to Extend the Trial Date and Mediation Deadline
Case No. C09-1035 MMC)

**ORDER OF THE COURT**

GOOD CAUSE having been shown, the mediation deadline in this case is to be extended 90-days.  The new ~~trial date is February 1, 2010 and the~~ new mediation deadline is set for October 16, 2010.

The issue of whether the trial date should be continued, and, if so, to what date, will be addressed at the August 6, 2010 Status Conference.

Dated:    July 12, 2010

/s/ Vaughn R Walker for
MAXINE M. CHESNEY
FEDERAL DISTRICT COURT JUDGE

Stipulation And [Proposed] Order to Extend the Trial Date and Mediation Deadline
Case No. C09-1035 MMC)