1  TONY WEST
   Assistant Attorney General
2  MELINDA HAAG
   United States Attorney
3  R. MICHAEL UNDERHILL (CSBN 104986)
   Attorney in Charge, West Coast Office
4  Torts Branch, Civil Division
   SCOTT R. BLAZE
5  Senior Admiralty Counsel
   Torts Branch, Civil Division
6  U.S. Department of Justice
   7th Floor Federal Bldg., Room 7-5395
7  P.O. Box 36028
   450 Golden Gate Avenue
8  San Francisco, California 94102-3463
   Telephone: (415) 436-6648; 436-6635
9  Fax: (415) 436-6632
   mike.underhill@usdoj.gov; scott.blaze@usdoj.gov
10
   Attorneys for Defendant
11 UNITED STATES OF AMERICA

12

   ALFRED G. JOHNSON, SBN 38790
13 CHRISTOPHER W. GOODROE, SBN 224386
   LAW OFFICES OF LYLE C. CAVIN, JR.
14 201 Fourth Street, Suite 102
   Oakland, California 94607
15 Telephone: (510) 444-2501
   Facsimile:   (510) 444-4209
16
   Attorneys for Plaintiff
17 DALE GIBSON

18

19              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
20

21 DALE GIBSON,                    )   NO. C-09-1035 MMC
                                   )
22        Plaintiff,               )   STIPULATION AND ORDER FOR
                                   )   NINETY DAY CONDITIONAL
23        v.                       )   DISMISSAL.
                                   )
24 UNITED STATES,                  )
                                   )
          Defendant.                )
25 _____ )

26

27   The parties to the captioned matter, through their counsel of record, stipulate as follows:

28 STIPULATION AND ORDER                    1                    C-09-1035 MMC         1

1.  Settlement of this matter has been reached between, and approved by, the parties;

2.  That the Court execute the endorsement below, ordering entry of a ninety (90) day conditional dismissal, without prejudice, to allow the parties to complete details of the settlement;

3.  That, should ninety days prove inadequate, the parties will advise the Court that a defined additional period of time is necessary before judgment may be entered;

4.  That all further scheduling dates in this matter be vacated.

Dated: March 22, 2011

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

 s/R. Scott Blaze
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: March 22, 2011

Law Offices of Lyle C. Cavin, Jr.

 s/Christopher W. Goodroe
CHRISTOPHER W. GOODROE

Attorneys for Plaintiff
Dale Gibson

//
//
//
//
//
//

STIPULATION AND ORDER                           1                           C-09-1035 MMC

CERTIFICATION OF SIGNATURES

    I attest that the content of the document is acceptable to all persons required to sign the document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 23, 2011

                                          _____
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                     1                    C-09-1035 MMC