TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE GIBSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil No. C09-1035 MMC<br><br>In Admiralty<br><br>CONSENT JUDGMENT |

　　The above captioned action having been compromised, it is, upon the subjoined consents of counsel

　　ORDERED AND ADJUDGED that defendant, United States of America, shall pay to Law Offices of Lyle C. Cavin in trust for plaintiff Dale Gibson, the sum of Ten Thousand Dollars and No Cents ($10,000.00), without interest and without costs.

　　IT IS SO ORDERED.

Dated: ___March 30, 2011___　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT　　　　　　　　　1　　　　　　　　　Case No. C09-1035 MMC

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: March 23, 2011

TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: MARCH 29, 2011

LAW OFFICES OF LYLE C. CALVIN, JR.

_____
CHRISTOPHER W. GOODROE

Attorney for Plaintiff
DALE GIBSON